UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
v.

Criminal No. 14-10102-FDS

Valentina Perez Tavarez
a/k/a Rossi Perez
Methuen, MA

**SUMMONS IN A CRIMINAL CASE**

You are hereby SUMMONED to appear for an Initial Appearance on **Wednesday, April 29, 2014 at 11:15 A.M., in Courtroom #15**, on the 5th Floor in the United States District Court, 1 Courthouse Way, Fan Pier, Boston, Massachusetts, before Magistrate Judge Judith Gail Dein.

To answer an Indictment charging you with violations of Title 21 U.S.C. section 331(c).

RECEIPT IN INTERSTATE COMMERCE OF A MISBRANDED DEVICE, AND THE PROFFERED DELIVERY THEREOF FOR PAY AND OTHERWISE

_____
Signature of Issuing Officer

Thomas F. Quinn Jr
Deputy Clerk

April 17, 2014
Date

**NOTE:** The defendant must appear with their attorney. **Failure to appear will result in the issuance of a warrant for your arrest.** If you can not afford an attorney, complete the enclosed financial affidavit and telephone Deputy Clerk Thomas Quinn immediately at (617) 748-9040. You must report to the Probation Office (room 1300, 1st floor), in the United States Courthouse Building two hours before you are scheduled to appear before the judge for a pretrial interview.

**PROOF OF SERVICE**

I declare under penalty of perjury that I have:

_____ Executed and returned this summons            _____ Returned this summons unexecuted

Date: _____

_____
Server's Signature

_____
Printed name and title