UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 14-CR-10102-FDS |
| v. | ) | |
| | ) | |
| VALENTINA PEREZ TAVAREZ | ) | |

## DEFENDANT'S MOTION FOR RULE 11 HEARING

Defendant, Valentina Perez Tavarez, respectfully moves this Honorable Court to schedule a Rule 11 hearing in this matter for September 3rd, 4th, or 5th of 2014 if the Court can accommodate.

Defendant agrees to the exclusion of time under the Speedy Trial Act from July 28, 2014 up to the date of the Rule 11 hearing.

**VALENTINA PEREZ TAVAREZ**
**By Her Attorney**

*/s/ Oscar Cruz, Jr.*
**Oscar Cruz, Jr.**
**BBO#630813**
**Federal Defender Office**
**51 Sleeper Street, 5th Floor**
**Boston, MA 02210**
**Tel: 617-223-8061**
**Email: Oscar_Cruz@fd.org**

## CERTIFICATE OF SERVICE

I, Oscar Cruz, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 25, 2014.

*/s/ Oscar Cruz, Jr.*
**Oscar Cruz, Jr.**